## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CESAR MUNOZ, | ) | 3:14-cv-00285-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 8, 2015 |
| | ) | |
| LISA WALSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER:  <u>NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING                                </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING                                </u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Defendant's Motion for Stay (First Request). (Doc. #21.) Defendants seek a stay of this action because they have been unsuccessful in contacting Plaintiff, but recently learned from Plaintiff's sister that Plaintiff is currently in the custody of the Carson City Sheriff's Office.

      The court will not stay this action, but instead **VACATES** the Scheduling Order (Doc. # 18) entered on January 13, 2015.  The courtroom deputy shall schedule a status conference on this matter as soon as the court's calendar will accommodate it.

      Plaintiff is reminded that Local Special Rule 2-2 requires a plaintiff to "immediately file with the Court written notification of any change of address" and that failure to comply with the Rule may result in a dismissal of his action <u>with</u> <u>prejudice</u>.

      A copy of this order shall be served on Plaintiff at all three addresses listed on Defendant's Certificate of Service of their motion. (Doc. # 21 at 5.)

      Defendant's motion (Doc. # 21) is **DENIED AS MOOT.**

      **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                                By:  <u>        /s/                                        </u>
                                                                              Deputy Clerk