ADAM PAUL LAXALT
Nevada Attorney General
JOHN L. WARD IV
Deputy Attorney General
Nevada Bar No. 12513
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1134
E-mail: jward@ag.nv.gov

*Attorneys for Defendant William Donnely*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CESAR MUNOZ,<br><br>Plaintiff,<br><br>vs.<br><br>LISA WALSH, et al.,<br><br>Defendants. | Case No. 3:14-cv-00285-RCJ-WGC<br><br>**PARTIES' STIPULATION OF DISMISSAL OF PLAINTIFF'S CIVIL ACTION WITH PREJUDICE** |

Plaintiff Cesar Munoz, *pro se*, and Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and John L. Ward IV, Deputy Attorney General (collectively "Parties"), hereby stipulate to the dismissal of Plaintiff's above-captioned civil action, *with* prejudice, each party to bear his or her own costs.

**SO STIPULATED:**

Dated: July 29, 2015

By: _____
CESAR MUNOZ
Plaintiff, *pro se*

Dated: July 29, 2015

ADAM PAUL LAXALT
Attorney General

By: _____
JOHN L. WARD IV
Deputy Attorney General
Attorneys for Defendants

## ORDER

In contemplation of the *Parties' Stipulation of Dismissal of Plaintiff's Civil Action with Prejudice*, this Court approves the same and so orders dismissal of Plaintiff's civil action with prejudice.

**IT IS SO ORDERED**.

Dated this 31st day of July, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## CERTIFICATE OF SERVICE

1. I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on July 29, 2015, I caused to be deposited for mailing, a true and correct copy of the foregoing, **PARTIES' STIPULATION OF DISMISSAL OF PLAINTIFF'S CIVIL ACTION WITH PREJUDICE**, on the following:

Cesar Munoz #P00003173
Carson City Sheriff Office
897 E. Musser St.
Carson City, NV 89701

/s/ *[signature]*
An employee of the
Office of the Attorney General